*General Burger, Samuel D. Slade* and *Donald B. Mac-Guineas* for McAllister et al., and *Sylvester Hoffmann* for the Federal Home Loan Bank of San Francisco, appellees. *Edmund G. Brown,* Attorney General of California, and *Everett W. Mattoon,* Assistant Attorney General, filed a brief on behalf of the citizens of California, as *amici curiae,* in support of appellants.

No. 345. STERLING *v.* LOCAL 438, LIBERTY ASSOCIATION OF STEAM & POWER PIPE FITTERS & HELPERS ASSOCIATION, ET AL. The motion for leave to file petition for writ of prohibition is denied. *Louis R. Milio* for petitioner.

No. 748. TANKPORT TERMINALS, INC. *v.* WILLS LINES, INC. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Certiorari denied. The motion for leave to file petition for writ of mandamus is also denied.

No. 760. SORIANO *v.* UNITED STATES. Court of Claims. Certiorari granted. *Prew Savoy* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.

No. 752. UNITED STATES FOR THE BENEFIT OF SHERMAN ET AL., TRUSTEES, *v.* CARTER ET AL., DOING BUSINESS AS CARTER CONSTRUCTION CO., ET AL. C. A. 9th Cir. Certiorari granted. *Gardiner Johnson* and *Charles P. Scully* for petitioners. *John Walton Dinkelspiel* for the Hartford Accident & Indemnity Co., respondent.